# In the United States Court of Federal Claims

No. 06-53 T
(E Filed: March 28, 2006)

ROBERT E. ANDERSON and MARGUERITE M. ANDERSON
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion for Suspension of Proceedings (Mot. or Motion) filed electronically on March 24, 2006. The parties move the court to suspend proceedings in this case pending a final decision in Robert J. Isler and Susan L. Isler v. United States, No. 01-344 T, Jeffrey T. Scuteri v. United States, No. 01-358 T, and Donald L. and Bettye G. Dismore v. United States, No. 04-907 T. Mot. at 5, ¶ 11. For the reasons stated therein, the parties' Motion is hereby GRANTED. The parties shall file a joint status report within ten (10) days after a final decision is entered in any of the above cases.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge