# In the United States Court of Federal Claims

**No. 06-53 T**
**Filed: April 19, 2006**

ROBERT E. ANDERSON and MARGUERITE
M. ANDERSON

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Lawrence J. Block**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk